```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
JEREMYE ALLEN-BROWN,

                        Plaintiff,

        -against-                                    25-cv-1116 (LAK)

CITY OF NEW YORK, et al.,

                        Defendants.
------------------------------------------x
```

**MEMORANDUM AND ORDER**

LEWIS A. KAPLAN, *District Judge.*

       This Section 1983 action stems from the alleged false arrest of the plaintiff on April 27, 2024. The action was brought on February 7, 2025. The City now moves for a stay of all proceedings pending the conclusion of an Internal Affairs Bureau investigation relating to the underlying incident. The investigation is said to affect the representation of the defendant officers and any officers who may be named as defendants in the future. The City has given no indication as to when the investigation began, why it was not concluded in the more than a year that has passed since the incident in question, or when it is likely to be concluded.

       Plaintiff has indicated a willingness to have the time to answer or otherwise respond to the complaint further extended and to a postponement of the previously scheduled pretrial conference, but objects strenuously and cogently to the indefinite and unlimited stay of all proceedings (Dkt 17). He points out also that the City's obligation under New York law, to the extent it has one, is not to have defendant officers represented by the City's attorney, the Corporation Counsel, but to provide them with a defense, which it can do via privately retained counsel.

       In all the circumstances, the plaintiff has much the better of the dispute as set out in its opposition. The City's motion is denied. The time of all defendants to answer or move with respect to the complaint is extended to and including June 3, 2025. The initial pretrial conference is adjourned to June 25, 2025 at 10:00 a.m.

       SO ORDERED.

Dated:     April 22, 2025

                                                          */s/ Lewis A. Kaplan*
                                                         Lewis A. Kaplan
                                                  United States District Judge

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 4/22/25*