# The Fu Firm PLLC

43 West 43rd Street, Suite 205
New York, NY 10036
(212) 584-0581
www.thefufirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-20-26

January 16, 2026

**BY ECF**
Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: ***Brown-Allen v. City of New York*, 25-CV-1116 (LAK)**

Dear Judge Kaplan:

    I represent Plaintiff, Jeremye Brown-Allen, in the above-referenced matter and write regarding Defendants' request for an extension of time to file the proposed joint pre-trial order and for defendants to file a summary judgment motion (ECF No. 43). I respectfully request that, if the Court grants Defendants' request for an extension of time to file their summary judgment motion, it also extends Plaintiff's deadline to file a summary judgment motion for the same amount of time. Defendants consent to this request.[1]

Respectfully Submitted,

*/s/ Yan Fu*

Yan Fu

cc: Counsel of record (by ECF)

Granted
SO ORDERED

LEWIS A. KAPLAN, USDJ
1/20/26

---

[1] The deadline to file the proposed JPTO was extended previously by the Court once when the Court granted a request by Defendants' previous attorney for an extension of time to complete discovery. *See* ECF No. 34.