

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **Yini Zhang**<br>Senior Counsel<br>yinzhan@law.nyc.gov<br>Phone: (212) 356-3541 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/26

February 5, 2026

VIA E.C.F.
Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Brown-Allen v. City of New York
25-CV-1116 (LAK)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendants City of New York, Matthew Barlow, Sean Degnan, Peter Delohery, Mark Matias, Willian Pachecocuzco, and Jonathan Torres ("defendants"). In that capacity, I write to respectfully request a 7-day enlargement of time from February 6, 2026 until February 13, 2026 for the parties to file the Proposed Joint Pretrial Order, proposed jury instructions, and any motion for summary judgment. This is defendants' second request for an extension.

As a result of deadlines in other matters for discovery and pre-trial submissions, including deadlines in pending matters that have recently been re-assigned to the undersigned, additional time is needed in which to complete the Proposed Joint Pretrial Order, proposed jury instructions, and motion for summary judgment. The undersigned apologizes to the Court that this request for an extension is not at least two-days prior to the scheduled matter pursuant to the Court's Individual Practices and Rules.

Plaintiff does not consent to the request:

"Plaintiff does not consent to Defendants' request for an extension. First, the request is untimely under the Court's Individual Practices, which require that extension requests be made at least two business days in advance. Second, the Court has already granted Defendants a prior extension (with Plaintiff's consent), from January 20, 2026 to February 6, 2026, to submit the JPTO and summary judgment papers, and Plaintiff is prepared to proceed on that schedule. Plaintiff's counsel stated that he may submit a separate letter opposing any further extension by close of business today, after he completes a deposition."

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Yini Zhang*

Yini Zhang
Senior Counsel
Special Federal Litigation Division

cc:    Yan Fu, Esq. (By ECF)
       *Attorney for Plaintiff*

In view of the Plaintiff's Counsel's travel plans, the deadline is extended to and including 2/19/26

SO ORDERED

LEWIS A. KAPLAN, USDJ

2/6/26

2