USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/26

Brown-Allen v. City of New York et al
1:25-cv-01116-LAK

MEMO ENDORSEMENT

The Records Department shall accept for filing the attached DVD containing the video exhibits from Docket Item 56, the Declaration of Yan Fu in Support re: 54 Motion for Summary Judgment Plaintiff's Motion for Partial Summary Judgment.

So Ordered: _____
Hon. Lewis A. Kaplan, U.S.D.J.
Dated: 3/2/2026



*Brown-Allen v. City of New York,*
25-CV-1116 (LAK)
Plaintiff's Motion for Partial Summary
Judgment 2/18/26
**Video Exhibits**