UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JEREMYE BROWN-ALLEN,

              Plaintiff,

       -against-

CITY OF NEW YORK, et al.,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| USDS SDNY |
| :--- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __3/3/2026__ |

25-cv-1116 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       This case is set for trial commencing on September 28, 2026, at 9:30 a.m.

       SO ORDERED.

Dated:      March 3, 2026

                                   Lewis A. Kaplan
                           United States District Judge