UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JEREMYE BROWN-ALLEN,

              Plaintiff,

       -against-                          25-cv-1116 (LAK)

CITY OF NEW YORK, et al.,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The trial of this action, previously scheduled to commence on September 28, 2026, is rescheduled to commence on October 27, 2026, subject to being called for trial earlier in September or October.

       SO ORDERED.

Dated:        March 27, 2026

                    /s/      Lewis A. Kaplan
                    _____
                           Lewis A. Kaplan
                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2026