USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10-21-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeremye Brown-Allen,

Plaintiff(s),

-against-

City Of New York,

Defendant(s).

Case No. 1:25-cv-1116 (LAK)

**ORDER**

The Court assigned mediator has informed the Court that the parties have reached a settlement. Accordingly, the case is dismissed with prejudice and without cost subject to right to reinstate by serving and filing a notice to that effect on or before, November 23, 2026, if the settlement is not executed by then.

Dated: October 21, 2026
New York, New York

SO ORDERED.

Lewis A. Kaplan
United States District Judge

10/21/26