UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeremye Brown-Allen,

Plaintiff(s),

-against-

City Of New York,

Defendant(s).

Case No. 1:25-cv-1116 (LAK)

**ORDER**
**CORRECTED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 10/22/26

The Court having been advised that the parties have settled this case, this action is **DISMISSED** with prejudice and without cost, *provided, however,* that plaintiff may reinstitute the case by filing, on or before November 23, 2026, a notice to that effect if the settlement has not been fully performed by that date.

Dated: October 21, 2026
Corrected October 22, 2026
New York, New York

SO ORDERED.

Lewis A. Kaplan
United States District Judge